**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7113**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOHN DOE,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:11-cr-00085-D-1)

Submitted:  December 20, 2018        Decided:  December 27, 2018
Amended:  June 18, 2020

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Doe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Doe*, No. 7:11-cr-00085-D-1 (E.D.N.C. July 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*